No. 00–1234. GEORGIA-PACIFIC CORPORATION SALARIED EM-PLOYEES RETIREMENT PLAN ET AL. v. LYONS. C. A. 11th Cir. Motions of Unifi Network et al. and National Association of Manu-facturers et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–1264. WEST v. AMERICAN TELEPHONE & TELEGRAPH TECHNICAL SERVICES, INC. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–8292. BEAVER v. WEST VIRGINIA ET AL. Cir. Ct. Kanawha County, W. Va. Motion of petitioner for leave to file appendices A and B under seal granted. Certiorari denied.

No. 00–8379. ASHANTI v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS; and ASHANTI v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (TERHUNE, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of petitioner to consolidate this case with No. 00–8982, *Ashanti v. Lockyer, Attorney General of California,* denied. Certiorari denied.

No. 00–5090. CLEM v. UNITED STATES, 531 U. S. 1154;

No. 00–7283. CHILDS v. DANZIG, SECRETARY OF THE NAVY, 531 U. S. 1117;

No. 00–7295. JACKSON v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL., 531 U. S. 1158;

No. 00–7441. HILTON v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, 531 U. S. 1163;

No. 00–7493. ELLIS v. CARLTON, WARDEN, ET AL., 531 U. S. 1166;

No. 00–7496. NUBINE v. STRINGFELLOW ET AL., 531 U. S. 1166; and

No. 00–7666. OLIVER v. UNITED STATES, 531 U. S. 1172. Peti-tions for rehearing denied.

APRIL 13, 2001

No. 00–730. ADARAND CONSTRUCTORS, INC. v. MINETA, SEC-RETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. [Certio-